UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Dennis Michael Carr #100464

Case No.  16-mc-80033-JD

**ORDER OF SUSPENSION**

Because Dennis Michael Carr has failed to respond to the Order to Show Cause, Mr. Carr's membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED**.

Dated:  March 31, 2016

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF<br><br>Dennis Michael Carr #100464 | Case No. 16-mc-80033-JD<br><br>**CERTIFICATE OF SERVICE** |
|---|---|

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 3/31/2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dennis Michael Carr
5616 Geary Blvd.
#211
San Francisco, CA 94121

Dated: 3/31/2016

Susan Y. Soong
Clerk, United States District Court

By: _____

Lisa R. Clark, Deputy Clerk to the
Honorable   James Donato

2